-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

LEON KORNEGAY, 04A4712,

        Plaintiff,

                                  DECISION AND ORDER
-v-                               06-CV-6153Fe

THE STATE OF NEW YORK,
COUNTY OF CHEMUNG,
ELMIRA CORRECTIONAL FACILITY,
CORRECTIONAL OFFICER BRYAN,
CORRECTIONAL OFFICER HONDOL,
CORRECTIONAL OFFICER DANDREA,
JOHN DOE, SGT. C.,
COMMISSIONER GOORD,
ANY SUPERVISORY PERSONNEL,
NEW YORK STATE DEPARTMENT OF HEALTH,
and LESTER WRIGHT Health Commissioner;

        Defendants.
_____

       Plaintiff, proceeding *pro se*, has filed an amended complaint in this action. Plaintiff's complaint was screened by the Northern District of New York prior to transfer of the case to this Court, but the complaint has not yet been served by the U.S. Marshal Service. A party may amend the party's pleading once as a matter of course at any time before the responsive pleading is served. Fed.R.Civ.P. 15(a). Plaintiff's Amended Complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

       The Clerk of the Court is directed to cause the United States Marshal to serve copies of the Summons, Amended Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

DATED: April 3, 2006
Rochester, New York