UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

LEON KORNEGAY,

                              Plaintiff,

                                                                    DECISION AND ORDER

                                                                    06-CV-6153L

              v.

THE STATE OF NEW YORK, et al.,

                              Defendants.

_____

        Plaintiff, Leon Kornegay ("Kornegay"), moved to amend his complaint (Dkt. #56) to add four

new defendants to the action that was originally filed in 2006. The motion was referred to United

States Magistrate Judge Jonathan W. Feldman pursuant to 28 U.S.C. § 636(b).

        Magistrate Judge Feldman issued a thorough Report and Recommendation (Dkt. #60)

recommending that the motion to amend be denied as to three of the proposed new defendants and

grant it as to one of them, Officer Woodward. Kornegay objected (Dkt. #61) to that Report and

Recommendation.

        The Magistrate Judge recommended denying the motion, in part, because the amendment

would be futile since the statute of limitations had run and the amended complaint, as to three of the

proposed new defendants, did not relate back to the original complaint. The Magistrate Judge

discussed the facts and the legal principles concerning the relation-back doctrine which provides an

exception to the bar of the statute of limitation. I agree with that analysis and conclude, as did the

Magistrate Judge, that the amended complaint would be futile because the statute of limitations had

run except as to Officer Woodward. The Magistrate Judge recommended that the amendment be

allowed as to that officer, and I see no reason to reject that recommendation.

CONCLUSION

I accept and adopt the Report and Recommendation (Dkt. #60) of United States Magistrate

Judge Jonathan W. Feldman. I deny plaintiff's objections to the Report and Recommendation.

I grant plaintiff's motion to amend his complaint (Dkt. #56) as to Officer Woodward only

but deny the motion in all other respects. The Clerk is directed to file plaintiff's amended complaint

as to Officer Woodward.

Officer Woodward is directed to timely appear to answer or otherwise move against the

amended complaint in a timely fashion.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
      October 18, 2010.